UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHESTER HARDY,

                Plaintiff,                No. 11-CV-13072

vs.                                         Hon. Gerald E. Rosen

DEBRA L. SCUTT, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND GRANTING MOTION FOR SUMMARY JUDGMENT
FILED BY DEFENDANTS SCUTT, POTTER, KINDER AND NEVAI-COOK

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on August 17, 2012

PRESENT:   Honorable Gerald E. Rosen
                       United States District Chief Judge

This matter having come before the Court on the May 7, 2012 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub recommending that the Court grant the Motion for Summary Judgment filed by four of the defendants in this case: Defendants Debra Scutt, Joyce Potter, Laura Kinder and Rebecca Nevai-Cook; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Defendants' Motion should be granted,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of May 7, 2012 **[Dkt. # 30]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Motion for Summary Judgment filed by Defendants Scutt, Potter, Kinder, and Nevai-Cook **[Dkt. # 22]** is GRANTED. Accordingly, Plaintiff's Complaint against these four Defendants is hereby DISMISSED, with prejudice.

The case will proceed as to the remaining Defendants.

SO ORDERED.

                                         s/Gerald E. Rosen
                                         Chief Judge, United States District Court

Dated: August 17, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 17, 2012, by electronic and/or ordinary mail.

                                         s/Shawntel Jackson for Ruth A. Gunther
                                         Case Manager