UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHESTER HARDY,

          Plaintiff,          No. 11-CV-13072-DT

vs.          Hon. Gerald E. Rosen

DEBRA L. SCUTT, et al.,

          Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DISMISSING DEFENDANTS EDELMAN, CREGER, IVES AND POMEROY
FROM THIS ACTION, WITHOUT PREJUDICE

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on July 07, 2014

        PRESENT:   Honorable Gerald E. Rosen
                               United States District Chief Judge

      This Section 1983 prisoner civil rights matter having come before the Court on the April 16, 2014 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub recommending that the Court dismiss Defendants Edelman, Creger, Ives and Pomeroy from this action pursuant to Fed. R. Civ. P. 4(m) for failure to prosecute, and Plaintiff having timely filed objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's Objections, and the Court's entire file of this action, and having concluded that, for the reasons stated in the Report and Recommendation,

Defendants Edelman, Creger, Ives and Pomeroy should be dismissed from this action, without prejudice, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of April 16, 2014 [**Dkt. # 54**] be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that Defendants Edelman, Creger, Ives and Pomeroy are dismissed from this action, without prejudice.

S/Gerald E. Rosen
Chief Judge, United States District Court

Dated: July 7, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2014, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5135